

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Perdido Properties LLC, on behalf of
and as Attorney-in-Fact for
Paul H. Bremer, Jr. and
Leon C. Smitherman, Jr.

\* From the 358th District Court
of Ector County,
Trial Court No. B-17-10-1187-CV.

Vs. No. 11-21-00060-CV

\* May 18, 2023

Devon Energy Production
Company, L.P., et al.,

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Wright, S.C.J., sitting by assignment
and Marion, S.C.J., sitting by
assignment)
(Trotter, J., and Williams, J., not
participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. The trial court's summary judgment in favor of Devon Energy Production Company, L.P., et al. on Leon C. Smitherman Jr.'s claim for unpaid royalties for production occurring after October 2013 and Paul H. Bremer Jr.'s claim for unpaid royalties is reversed, and this cause is remanded for further proceedings. The remainder of the trial court's summary judgment—with the exception of its disposition of Devon's cross-claim and counterclaim—is affirmed. The costs incurred by reason of this appeal are taxed 75% against Devon Energy Production Company, L.P., et al. and 25% against Perdido Properties LLC, on behalf of and as Attorney-in-Fact for Paul H. Bremer, Jr. and Leon C. Smitherman, Jr.